UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHEYENNE MOORE,**

    **Plaintiff,**

v.                                              **Case No. 8:21-cv-2012-MSS-UAM**

**COMPUTER GENERATED
SOLUTIONS, INC.,**

    **Defendant**

and

**COMPUTER GENERATED
SOLUTIONS, INC.,**

    **Third-Party Plaintiff,**

Vs.

**CLUSO INVESTIGATION LLC,
f/k/a CLUSO, INC., a Texas
Limited Liability Company,**

    **Third-Party Defendant.**

_____/

## ORDER

The undersigned held a hearing on June 27, 2024 on Third-Party Plaintiff Computer Generated Solutions, Inc.'s (CGS) motion to compel discovery. (Doc. 41). The motion mainly addressed CGS's request for Cluso to produce certain policy information requested in accord with Fla. Stat. §

1

627.4137(1)(a)-(e). For the reasons stated at the hearing, the motion to compel (Doc. 41) is **GRANTED** as to the request for policy information. Cluso had actually produced the necessary policy information the day before the hearing.

However, the conclusion of the motion more broadly (and without briefing) also requested that Cluso be required produce "all supplemental discovery responses which have been deficient thus far." (*Id*. at p. 7). This non-specific, not briefed, and overly broad request for relief is **DENIED**. Per the agreement of the parties, however, by **August 9, 2024**, Cluso is **DIRECTED** to produce additional documents in response to any outstanding requests for production by CGS, and the parties are directed to further confer on any deficiencies CGS specifically identifies with regard to the supplemental production.

The motion's request for fees is **DENIED**. However, the parties are on notice that, consistent with the Federal Rules of Civil Procedure, a party will be awarded its reasonable attorney's fees and costs in bringing a successful motion to compel.

The parties' oral motion for a discovery conference (Doc. 52) is **GRANTED**. A discovery conference is scheduled for **September 17, 2024** at 10:00 AM via videoconference before Magistrate Judge Amanda Arnold Sansone. The court will send counsel a calendar invitation with the

videoconference link. By **September 10, 2024**, the parties are **DIRECTED** to file a joint notice outlining any outstanding discovery issues.

**ORDERED** in Tampa, Florida on July 2, 2024.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

3